**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:     In re Samuel Roy Jackson

Appellate case number:   01-18-00881-CR

Trial court case number: 913043

Trial court:             183rd District Court of Harris County

Date motion filed:       December 10, 2018

  Relator, Samuel Roy Jackson, has filed a motion for rehearing.  It is ordered that the motion is **denied**.

Judge's signature:  __/s/ Terry Jennings_____
      Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Date:  ___December 20, 2018____